AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00263 |
| James Matthew Horning | ) Assigned to: Judge Faruqui, Zia M |
| | ) Assign Date: 2/24/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   James Matthew Horning,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)- Disorderly Conduct Which Impedes the Conduct of Government Business;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress.

Date: 02/24/2021                                       2021.02.24 15:12:48 -05'00'
                                                       *Issuing officer's signature*

City and state:   Washington, D.C.                     Zia M. Faruqui, U.S. Magistrate Judge
                                                       *Printed name and title*

### Return

This warrant was received on *(date)* 2/26/21, and the person was arrested on *(date)* 2/26/21
at *(city and state)*

Date: 03/01/21
                                                       *Arresting officer's signature*

                                                       John Kuntupis TFO
                                                       *Printed name and title*