**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-cr-275 (ABJ)** |
| | **:** | |
| **JAMES MATTHEW HORNING,** | **:** | |
| **Defendant.** | **:** | |

**JOINT MOTION TO CONTINUE STATUS HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, James Matthew Horning, respectfully move this Honorable Court to continue the status hearing currently scheduled for June 28, 2021, to a date in approximately forty-five days, with time excluded under the Speedy Trial Act in the interests of justice.

In support of this motion, the parties submit that:

1.      The government expects substantial discovery to be made available to the defense shortly.

2.      The parties wish to engage in plea discussions.

3.      A continuance of approximately forty-five days should allow discovery to progress and plea discussions to occur.

4.      The parties are available for a status hearing the week of August 2, 2021.

5.      The parties agree that the interests of justice will be served by excluding time and outweigh the defendant's and the public's interest in a speedy trial.

WHEREFORE, the parties respectfully ask this Court to continue the status hearing currently scheduled for June 28, 2021, to a date the week of August 2, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By:    */s/ Mary L. Dohrmann*
      MARY L. DOHRMANN
      NY Bar No. 5443874
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 252-7035
      Mary.Dohrmann@usdoj.gov

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

By:    */s/*
      DANI JAHN
      Assistant Federal Public Defender
      625 Indiana Avenue, N.W., Ste 550
      Washington, D.C.  20004
      (202) 208-7500