UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-275 (ABJ) |
| | : | |
| JAMES MATTHEW HORNING, | : | |
| Defendant. | : | |

### JOINT MOTION TO CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, James Matthew Horning, respectfully move this Honorable Court to continue the status hearing currently scheduled for February 10, 2022, to a date in approximately forty-five days, with time excluded under the Speedy Trial Act in the interests of justice.

In support of this Motion, the parties submit they are currently in plea discussions and need additional time to determine whether a mutually agreeable disposition may be reached. In addition, discovery continues to be provided by the government. Finally, undersigned government counsel expects to be in trial on the currently scheduled status hearing date of February 10, 2022.

The parties are available for a hearing the week of March 28, 2022, other than March 28th at 2 pm.

The parties agree that the interests of justice will be served by excluding time and outweigh the defendant's and the public's interest in a speedy trial.

WHEREFORE, the parties respectfully ask this Court to continue the status hearing currently scheduled for February 10, 2022, to a date approximately forty-five days later.

Respectfully submitted,

MATTHEW M. GRAVES

        UNITED STATES ATTORNEY

By:    */s/ Mary L. Dohrmann*
       MARY L. DOHRMANN
       NY Bar No. 5443874
       Assistant United States Attorney
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 252-7035
       Mary.Dohrmann@usdoj.gov


        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER


By:    */s/*
       DANI JAHN
       Assistant Federal Public Defender
       625 Indiana Avenue, N.W., Ste 550
       Washington, D.C. 20004
       (202) 208-7500