UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No.: 21-CR-275 (ABJ) |
| **JAMES MATTHEW HORNING,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Shalin Nohria. AUSA Shalin Nohria will be substituting for AUSA Mary Dohrmann.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:   **/s/ Shalin Nohria**
Shalin Nohria
Assistant United States Attorney
D.C. Bar No. 1644392
United States Attorney's Office
601 D St. NW, 6.713
Washington, D.C.,
Cell No. 202-344-5763
shalin.nohria@usdoj.gov

## CERTIFICATE OF SERVICE

On this 1st day of December 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Shalin Nohria
_____

Shalin Nohria
Assistant United States Attorney