February 5, 2023

To Mrs. Maria Jacob and to all it may concern,

I am writing this letter to offer a character reference in support of Matthew Horning based on my personal opinions and past experiences with him.

I first met Matt about 8 years ago. We both had an extensive background in the mixed martial arts community and I had asked Matt if he would consider helping me as a trainer, specifically in strength and conditioning. He didn't hesitate to say yes and I appreciated it. You see, I needed help and support as I had just recently transitioned from competing at an amatuer level to a professional level. He never asked for anything in return for his services and time. If I had to guess what motivated him I would suggest that he tried to give me the support that maybe he himself did not have in the height of his own career.

We were both working our regular jobs and I would meet him in the early hours at his house, we would train out of the garage, or he would offer drills and set daily tasks and weekly goals and I would follow his lead. Matt was always improving our training regiments and we continuously gained progress. I trusted Matt's methods and strategies to put us in a place where we were capable of winning. Much of my own success I will attribute to the selfless time and energy that Matt spent with me. He has a unique skill set that involves motivating people. He is very passionate and consistent when he puts his mind towards a certain goal, idea, or belief. Whether it be a new job or any situation he has the ability to become quite successful. He has a deep desire to be successful and to contribute.

Matt loves his family. He has a wife, three daughters and a son. I would always see them getting on the school buses in the morning and I often saw him interact with them. He has a very likable personality and often develops long lasting relationships with friends and people he meets. He values loyalty and transparency.

In a nutshell, the biggest qualities I will attribute towards Matt's Character is that he doesn't judge people and he is quite open minded. He is creative and is always thinking outside the box. He has a warrior spirit and he has the potential to be successful at whatever he chooses. I wish him the best of luck and I hope that he continues to show compassion and empathy for others and that life treats him with the same regards.

Thank you for your time and consideration.

Respectfully,

Rob Hanna

**Subject:**
**Date:** Tuesday, January 31, 2023 1:20:12 PM

James Horning

EXTERNAL SENDER

RE:  Character Reference

I am James's aunt, I was present at his birth and close as he grew up.  James is a big hearted person who would give the shirt of his back to anyone who needed it.  He is a hard worker and is a perfectionist.  He is always willing to help in any situation.  James is an honest and trustworthy person.  He is also an animal person.  He has a small farm and raises chickens as pets, rabbits, dogs and cats along with any other creature that wandered in.  He is a warm and loving person.  I trust him with my life.

Janice Kaye Spradlin

**Subject:**
**Date:** James Horning Character Judgment
Tuesday, January 31, 2023 8:09:15 PM



Hello I'm Emillie Horning, James Horning's daughter. He told me you wanted someone to reach out to give a judgment of character for him. My dad is one of the best and genuine people i can think of, he's always been there for me and puts my needs first even in moments when i sometimes didn't deserve it. He's always trying to think of ways he can do better for other people, but when it comes to himself he gets table scraps. I feel like sometimes people misunderstand him and his intentions, not saying that storming the capitol is something he should have done but people definitely misunderstand his intention for doing it. my dad is a great man and a great dad, he's my biggest supporter and sometimes invests more into my hobbies than i do. and i think that's really sweet. my dad isn't a horrible terrorist, he's one of the best people and role models i know. despite his past mistakes, i really look up to my dad more than he could ever know.

Thank you for your time,
Emillie Horning.