UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-275 (ABJ) |
| v. : | |
| : | |
| JAMES MATTHEW HORNING : | |
| : | |
| **Defendant** : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of sentencing in the above-captioned matter. As video clips, they are not in a format that readily permits electronic filing on CM/ECF. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below.

The proposed exhibits are as follows:

1. Government Exhibit 1 is a snapchat video depicting the defendant on the Capitol Grounds. The clip is approximately 13 seconds. The events depicted in the exhibit occurred in the early afternoon of January 6, 2021.

2. Government Exhibit 2 is a clip from a video taken by Jacob Hiles atop the scaffolding at the Capitol Building – defendant Horning is briefly shown at 0:05. The clip is approximately 41 seconds. The events depicted in the exhibit occurred in the afternoon on January 6, 2021.

The United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   s/ *Shalin Nohria*
        Shalin Nohria
        Assistant United States Attorney
        D.C. Bar No. 1644392
        United States Attorney's Office
        601 D St. NW, 6.713
        Washington, D.C.,
        202-344-5763
        shalin.nohria@usdoj.gov