UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | No. 21-275 (ABJ) |
| ) | |
| JAMES MATTHEW HORNING, ) | |
| ) | |
| Defendant.  ) | |
| ) | |

## UNOPPOSED MOTION TO DELAY SELF-SURRENDER DATE

Defendant, James Matthew Horning, through counsel, respectfully requests that the Court order that his current self-surrender date of April 11, 2023, be delayed for approximately 30-45 days. Below are the reasons in support:

(1) Mr. Horning was sentenced to 30 days' incarceration followed by 12 months' supervised release. *See* ECF No. 50. He was also permitted to voluntarily self-surrender to serve his sentence.

(2) Mr. Horning received a self-report date of April 11, 2023. Unfortunately, in the midst of the tragic tornadoes hitting the Midwest this past week, Mr. Horning's house was destroyed by one of the brutal tornadoes that swept through his town. Thankfully, he and his family are safe. However, Mr. Horning has been dealing with submitting claims to his insurance company to repair his home and the clean-up due to the fall out from the storm. In order to complete this process with his insurance company, Mr. Horning needs more time to finalize the claims that has involved much paperwork and many phone calls thus far.

(3) For these reasons, Mr. Horning respectfully requests that the Court order that his

currently scheduled self-surrender date of April 11, 2023, be extended by approximately 30-45 days.

(4) Mr. Horning has discussed this request with government counsel, who has no opposition.

(5) To undersigned counsel's knowledge, Mr. Horning has been complaint with his pre-trial release conditions.

## Conclusion

For these reasons, Mr. Horning respectfully requests that the Court grant this motion to delay the date he must self-surrender to serve his sentence for approximately 30-45 days.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Maria_Jacob@fd.org